AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>COFFEY, JOHN L. | 2. Court or Organization<br><br>7th Circuit Court of Appeals | 3. Date of Report<br><br>04/30/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Federal Building - Courthouse<br>Room 619<br>Milwaukee, WI 53202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1954, 1978 | Milwaukee County Pension Plan, City of Milwaukee Pension Plan, State of Wisconsin Employee Pension Plan |
| 2. and 1982 | Explanation: Reporter is a participant in 3 government sponsored pension plans as a result of his employment as Milwaukee City Attorney, Milwaukee County |
| 3. -- | Circuit Court Judge and Wisconsin Supreme Court Justice. |

Coffey, John L.

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Judicial Retirees & Surv. - U.S. Courts; Milwaukee County, City of Milwaukee, State of Wisconsin Pensions | $263,617.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-Employed artist-painter |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing Instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. TRUST | | | | | | | | | |
| 2. ADVISORS INNER CIRCLE SMIDCAP FUND | A | Dividend | K | T | | | | | |
| 3. ALLIANCE BERNSTEIN INTL GROWTH | A | Dividend | K | T | | | | | |
| 4. BADGER TOB ASST SECUTZN | A | Dividend | K | T | Buy | 06/05 | L | | |
| 5. BAIRD SHORT TERM BD FUND | A | Interest | J | T | Buy | 09/03 | J | | |
| 6. BERKSHIRE HATHAWAY CL. B | | None | L | T | | | | | |
| 7. BRELY DJ USB COMTY ETN | | None | J | T | Buy | 09/22 | J | | |
| 8. CAMPBELLSPORT WI. SCH. DIST. | A | Interest | | | Sold | 03/01 | K | A | |
| 9. CGM TR. FOCUS FD | | None | | | Sold | 09/22 | J | A | |
| 10. CHILTON WI SDS | B | Interest | K | T | | | | | |
| 11. DFA INVT DIMENSIONS SM CAP | B | Dividend | K | T | | | | | |
| 12. EXXON MOBIL | A | Dividend | | | Sold | 09/22 | L | F | |
| 13. FEDERATED SERS INC. | A | Interest | J | T | Buy | 09/03 | J | | |
| 14. FL ST. BRD ED. PUB. ED. REF. | C | Interest | L | T | | | | | |
| 15. FMI FDS LARGE CAP | C | Dividend | M | T | | | | | |
| 16. FORUM FUNDS LIBERTY ST. HORIZON | | None | J | T | Buy | 10/15 | J | | |
| 17. GAINSVILLE FL UTILS REV A | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GENERAL ELECTRIC | C | Dividend | L | T | | | | | |
| 19. HARBOR INTL FD | B | Dividend | L | T | | | | | |
| 20. INDIANAPOLIS LOC. PUB. SERIES A | C | Interest | L | T | | | | | |
| 21. IVY FDS ASSET STRATEGY | | None | K | T | Buy | 09/22 | K | | |
| 22. JUDSON, TX, SCHRFDG | B | Interest | K | T | | | | | |
| 23. KEELY SM CAP VALUE CLASS A | B | Dividend | K | U | | | | | |
| 24. LOOMIS SAYLES FDS BOND FD | A | Interest | | | Sold | 09/03 | J | A | |
| 25. MUNDER SER TR MID CAP | A | Dividend | K | T | | | | | |
| 26. NEENAH, WI PROM NOTES | B | Interest | K | T | | | | | |
| 27. OHIO ST. HIGH ED. SERIES B | B | Interest | L | T | | | | | |
| 28. OPPENHEIMER INTL BD FD | A | Interest | K | T | Buy | 09/22 | K | | |
| 29. PIMCO FDS UNCONSTR. BOND FD | A | Dividend | K | T | | | | | |
| 30. PIMCO DEV LOC MRKT | A | Interest | J | T | Buy | 09/22 | J | | |
| 31. PUERTO RICO ELEC. AUTH. REV. RR | B | Interest | L | T | | | | | |
| 32. ROWE T. PRICE CORP. | A | Dividend | | | Sold | 09/03 | J | B | |
| 33. R.S. INV TR VALUE FD CLASS A | A | Dividend | K | T | | | | | |
| 34. SPDR INDX FDS S&P BRIC | A | Dividend | J | T | Buy | 09/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. STRATTON FUNDS SM CAP VALUE | A | Dividend | K | T | | | | | |
| 36. 3M CO | B | Dividend | K | T | | | | | |
| 37. THIRD AVE TR REAL ESTATE VALUE | A | Interest | J | T | Buy | 09/22 | J | | |
| 38. VANGUARD FIXED INC. INTR TERM | A | Interest | | | Sold | 09/03 | J | A | |
| 39. VANGUARD FIXED INC. LONG TERM INVEST. | A | Interest | | | Sold | 03/11 | J | B | |
| 40. VANGUARD FIXED INC. PROT. | A | Interest | J | T | Buy | 09/03 | J | | |
| 41. WASH. ST. SERIES D | B | Interest | K | T | | | | | |
| 42. | | | | | | | | | |
| 43. REPORTER | | | | | | | | | |
| 44. BAIRD FUNDS - INTER BD FD | | None | K | T | Buy | 11/23 | K | | |
| 45. BARON SELECT FUND | A | Dividend | | | Sold | 11/23 | J | A | |
| 46. BLDRS EMERGING MARKETS | A | Dividend | J | T | | | | | |
| 47. CISCO | | None | | | Sold | 01/16 | J | A | |
| 48. COSTCO WHOLESALE | A | Dividend | J | T | | | | | |
| 49. FISERV | A | Dividend | K | T | | | | | |
| 50. GENERAL ELECTRIC | C | Dividend | | | Sold | 01/16 | J | A | |
| 51. INTEL CORP. | | None | | | Sold | 01/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES DOW JONES ETF | A | Dividend | | | Sold | 01/28 | J | A | |
| 53. ISHARES INC BRAZIL FREE INDEX | A | Dividend | J | T | | | | | |
| 54. ISHARES - MSCI BRAZIL INDEX | | None | K | T | Buy | 10/09 | K | | |
| 55. ISHARES MSCI EMERGING MKTS | | None | K | T | Buy | 10/09 | K | | |
| 56. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 57. M&I BANK | | None | | | Sold | 01/16 | J | A | |
| 58. MASS MUTUAL | B | Interest | L | T | | | | | |
| 59. MATTHEWS CHINA FUND | A | Dividend | K | T | Buy | 11/23 | K | | |
| 60. MATTHEWS INDIA FUND | A | Dividend | | | Sold | 01/28 | J | A | |
| 61. METAVANTE | | None | | | Sold | 01/16 | J | A | |
| 62. MITCHELL BANK HOLDING | A | Dividend | J | T | | | | | |
| 63. NORTHWESTERN MUTUAL LIFE | B | Int./Div. | L | T | | | | | |
| 64. OBERWEIS CHINA OPPT | B | Dividend | J | T | | | | | |
| 65. PARK BANK | B | Int./Div. | K | T | | | | | |
| 66. RIVERBED TECH I | | None | J | T | | | | | |
| 67. SPDR GOLD TR | | None | K | T | Buy | 11/23 | K | | |
| 68. SPDR S&P BIOTECH ETF | | None | | | Sold | 11/24 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | O =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. ST. JUDE MEDICAL | A | Dividend | K | T | | | | | |
| 70. STERICYCLE | A | Dividend | K | T | | | | | |
| 71. TESSERA TECHNOLOGIES | | None | K | T | Buy | 10/09 | K | | |
| 72. US BANK | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/30/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFU[...] BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544